UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARON TIMOTHY STRAUSBAUGH | CIVIL ACTION |
| VERSUS | NO. 24-1213 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX/SHERIFF'S OFFICE, ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Plaintiff Faron Timothy Strausbaugh filed this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983 on May 21, 2024, while a pretrial detainee incarcerated at the Terrebonne Parish Criminal Justice Complex.[1]  Plaintiff separately filed a separate motion for a preliminary injunction and a temporary restraining order that same day.[2]  Strausbaugh alleges that defendants were deliberately indifferent to his medical needs related to his Wolff-Parkinson-White Syndrome, which culminated in injury and hospitalization after he fainted and fell down a flight of stairs on April 29, 2024.[3]  Plaintiff seeks compensatory damages for his medical expenses and for pain and suffering, and to be released or moved to a

---

[1]    R. Doc. 3.
[2]    R. Doc. 6.
[3]    R. Doc. 3 at 4-8.

different facility.[4] On August 13, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court deny plaintiff's motion for a temporary restraining order and preliminary injunction without need for an evidentiary hearing.[5] Strausbaugh did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Strausbaugh's motion for a temporary restraining order and preliminary injunction is DENIED.

New Orleans, Louisiana, this __29th__ day of August, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] *Id.* at 10.
[5] R. Doc. 19.