UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARON TIMOTHY STRAUSBAUGH | CIVIL ACTION |
| VERSUS | NO. 24-1213 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX/SHERIFF'S OFFICE, ET AL. | SECTION "R" (3) |

# ORDER

Plaintiff Faron Timothy Strausbaugh filed this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983 on May 21, 2024, while a pretrial detainee incarcerated at the Terrebonne Parish Criminal Justice Complex.[1] Strausbaugh lists April Tomlin, Rhonda Ledet, Stephen Bergeron, Matthew Martin, Tina Authement, Leland Authement, the Terrebonne Consolidated Government, the Terrebonne Parish Criminal Justice Complex, the Terrebonne Parish Criminal Justice Complex Medical Department, and the Terrebonne Parish Sheriff's Office as defendants.[2] Strausbaugh alleges that defendants, including Medical Administrator, April Tomlin, were deliberately indifferent to his medical needs related to his Wolff-Parkinson-White Syndrome, which culminated in injury and

---

[1] R. Doc. 3.
[2] *Id.*

hospitalization after he fainted and fell down a flight of stairs on April 29, 2024.[3]  Tomlin moved to dismiss the claims against her under Federal Rule of Civil Procedure 12(b)(6) on November 20, 2024.[4]  On January 7, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court deny Tomlin's motion to dismiss without prejudice because plaintiff submitted new factual allegations intended to cure deficiencies identified in Tomlin's motion.[5]  Neither Strausbaugh nor Tomlin objected to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

    Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion.  The Court DENIES WITHOUT PREJUDICE defendant April Tomlin's motion to dismiss for failure to state a claim.

---

[3]    R. Doc. 3 at 4-8.
[4]    R. Doc. 45.
[5]    R. Doc. 71.

New Orleans, Louisiana, this __4th__ day of February, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE