UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARON TIMOTHY STRAUSBAUGH | CIVIL ACTION |
| VERSUS | NO. 24-1213 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX/SHERIFF'S OFFICE, ET AL. | SECTION "R" (3) |

# ORDER

Plaintiff Faron Timothy Strausbaugh filed this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983 on May 21, 2024, while a pretrial detainee incarcerated at the Terrebonne Parish Criminal Justice Complex.[1] Strausbaugh lists April Tomlin, Rhonda Ledet, Stephen Bergeron, Matthew Martin, Tina Authement, Leland Authement, the Terrebonne Consolidated Government, the Terrebonne Parish Criminal Justice Complex, the Terrebonne Parish Criminal Justice Complex Medical Department, and the Terrebonne Parish Sheriff's Office as defendants.[2] Strausbaugh alleges that defendants were deliberately indifferent to his medical needs related to his Wolff-Parkinson-White Syndrome, which culminated in injury and hospitalization after he fainted and fell down a

---

[1] R. Doc. 3.
[2] *Id.*

flight of stairs on April 29, 2024.[3]  On January 10, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's claims against Terrebonne Parish Criminal Justice Complex, Terrebonne Parish Sheriff's Office, and the Terrebonne Parish Criminal Justice Complex Medical Department with prejudice as frivolous and for failure to state a claim.[4]  Strausbaugh did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion.  The Court DISMISSES WITH PREJUDICE plaintiff's claims against the Terrebonne Parish Criminal Justice Complex, Terrebonne Parish Sheriff's Office, and the Terrebonne Parish Criminal Justice Complex

---

[3]   R. Doc. 3 at 4-8.
[4]   R. Doc. 72.

Medical Department as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this __4th__ day of February, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE