UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARON TIMOTHY STRAUSBAUGH | CIVIL ACTION |
| VERSUS | NO. 24-1213 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX/SHERIFF'S OFFICE, ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Plaintiff Faron Timothy Strausbaugh filed this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983, while a pretrial detainee incarcerated at the Terrebonne Parish Criminal Justice Complex.[1] Plaintiff was later transferred to Eylan Hunt Correctional Center.[2] On March 24, April 16 and 29, and May 1, 2025, mail sent by the Court to plaintiff at his address of record was returned as undeliverable and stamped "NOT AT EHCC."[3] After receipt of the first returned mail, the Court ordered plaintiff to file a written change of address on or before April 28, 2025.[4] Plaintiff failed to do so. Louisiana's Vinelink inmate database shows that

---

[1]   R. Doc. 3.
[2]   R. Doc. 25.
[3]   R. Docs. 86, 89, 90 and 91.
[4]   R. Doc. 87.

Strausbaugh was released from custody on February 15, 2025.[5] Strausbaugh has not provided the Court with his current address.

On May 5, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that plaintiff's complaint be dismissed without prejudice for failure to prosecute. Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Strausbaugh's petition is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __26th__ day of June, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]   VINE, https://vinelink.vineapps.com/person-detail/offender/40751981;tabIndexToSelect=0 (last visited June 2, 2025).